UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs )<br>)<br>)<br>LOUIS RAY PEREZ (1) )<br>LYDIA DAWN WEBSTER (2) )<br>_____ ) | CASE NO. 06cr0899-R<br><br>ORDER TO EXONERATE THE<br>APPEARANCE BOND FOR THE<br>MATERIAL WITNESS AND<br>DISBURSE REGISTRY FUNDS |

**ORDER**

**IT IS ORDERED** that the personal surety bond which secured the presence of material witness, **JOSE OJEDA DOMINGUEZ ,** is exonerated.

**IT IS FURTHER ORDERED** that the Clerk of Court shall release and disburse the $500 held in the Registry of the Court to the Surety:

        JOSE JESUS OJEDA-DOMINGUEZ
        817 Cedar Lane
        Livingston, CA 95334

**IT IS SO ORDERED**.

DATED: May 3, 2007

                                  Hon. Nita L. Stormes
                                  U.S. Magistrate Judge

06cr0899-R